# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1259

_____

THE MOLD MAN INC. a/a/o DAVID
AND ANN RICHARD,

    Appellant,

    v.

AMERICAN INTEGRITY
INSURANCE COMPANY OF
FLORIDA,

    Appellee.

_____

On appeal from the County Court for Escambia County.
Ronald Scott Ritchie, Judge.

November 19, 2025

PER CURIAM.

AFFIRMED. *See Total Care Restoration, LLC v. Citizens Prop. Ins. Corp.*, 357 So. 3d 1260, 1265 (Fla. 3d DCA 2023) (holding that a "generic menu of services available" not tailored to the insured or services on the particular property fails to comply with the "itemized, per-unit cost estimate" required by section 627.7152(2)(a), Florida Statutes); *Air Quality Experts Corp. v. Family Sec. Ins. Co.*, 351 So. 3d 32, 37 (Fla. 4th DCA 2022) (citation omitted) ("A 'price list' is plainly not a 'written, itemized, per-unit cost estimate.'").

BILBREY, KELSEY, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Lynn Brauer of Insurance Trial Lawyers, Miami, for Appellant.

Caryn L. Bellus and Benjamin B. Carter of Kubicki Draper, P.A., Miami, for Appellee.